UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA BERVINCHAK;<br>KENNETH REISIG; and<br>ROSE LINKENS,<br>      Plaintiffs,<br><br>      v.<br><br>EAST HEMPFIELD TOWNSHIP;<br>BOARD OF SUPERVISORS;<br>H. SCOTT RUSSELL;<br>W. SCOTT WIGLESWORTH;<br>THOMAS A. BENNETT;<br>ANDREW C. WEAVER; and<br>G. EDWARD LEFEVERE,<br>      Defendants. | No. 5:20-cv-05421 |

**O R D E R**

**AND NOW**, this 21st day of June, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 5, is **GRANTED**.

2. The Complaint is **DISMISSED** as follows:

    A. Any claims under the Fourth and Fourteenth Amendments are **dismissed without prejudice**.

    B. All other claims are dismissed **with prejudice**.

3. **No later than July 26, 2021**, Plaintiffs may, consistent with the Opinion, file an amended complaint as to any Fourth Amendment or Fourteenth Amendment claim, only. If Plaintiffs fail to timely file an amended complaint, this action will be dismissed in its entirety with prejudice and closed.

4. The Clerk of Court is directed to mail to Plaintiffs, along with this Order, a copy of the court's civil complaint form for non-prisoners, which they may use to file an amended complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge